UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>John W. Gebo</u>

                v.                Civil No. 11-cv-47-JD

<u>Robert Thyng</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated August 2, 2011, no objection having been filed.

SO ORDERED.

September 26, 2011                <u>/s/ Joseph A. DiClerico, Jr.</u>
                                        Joseph A. DiClerico, Jr.
                                        United States District Judge

cc:    Theodore Lothstein, Esq.
        Karen Schlitzer, Esq.