UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

John W. Gebo

            v.                  Civil No. 11-cv-47-JD

Robert Thyng


O R D E R


I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated August 2, 2011, no objection having been filed.

SO ORDERED.


September 26, 2011                     /s/ *Joseph A. DiClerico, Jr.*
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge


cc:     Theodore Lothstein, Esq.
        Karen Schlitzer, Esq.